UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATONA HARGRAVE, </br></br>    Plaintiff, </br></br> v. </br></br> CITIBANK, a foreign company, </br> US BANCORP, a foreign company, </br> EQUIFAX INFORMATION SERVICES, </br> LLC, a foreign limited liability company, </br> EXPERIAN INFORMATION </br> SOLUTIONS, INC., a foreign corporation, </br> and TRANS UNION, LLC, a foreign </br> limited liability company, </br></br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No.: 2:08CV909-WHA |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Plaintiff, in the above-captioned matter, and in accordance with Rule 7.1 of the *Federal Rules of Civil Procedure*, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Northern District of Alabama's Local Rule 3.4:

    **This party is an individual.**
    RESPECTFULLY SUBMITTED, this the 24th day of September, 2008.

_____
K. Anderson Nelms
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
(334) 351-1770    Telephone
(334) 351-1771    Fax
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066