IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATONA HARGRAVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv909-WHA |
| ) | |
| CITIBANK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #21), filed on December 17, 2008, and for good cause shown, it is hereby

ORDERED that the Defendant Equifax Information Services, LLC, is DISMISSED with prejudice. The case shall proceed against all remaining Defendants.

DONE this 17th day of December, 2008.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE