# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| KATONA HARGRAVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:08-CV-909 |
| ) | |
| US BANCORP, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF DEFENDANT US BANCORP

COMES NOW Plaintiff, Katona Hargrave, by and through counsel, and gives notice to this Honorable Court that the Plaintiff has settled all pending claims with Defendant US Bancorp. That the Plaintiff hereby requests that the following stated Defendant be dismissed with prejudice from this lawsuit: US Bancorp.

Respectfully submitted this the 18th day of December, 2008.

/s/ Andy Nelms
K. Anderson Nelms (NEL022)
2005 Cobbs Ford Road, Suite 301-A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system on this the 18th day of December, 2008, on the following:

William Drake Blackmon
Starnes & Atchison, LLP
P.O. Box 598512

Birmingham, AL 35259-8512
Attorney for Defendant - Citibank

Erin L Dickinson
Leilus Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243
Attorney for Defendant - Experian

Timothy Michael Davis
Kary Bryant Wolfe
Walston Wells & Birchall, LLP
1819 5th Ave. North, Suite 1100
Birmingham, AL 35203
Attorney for Defendant - Trans Union

US Bancorp
800 Nicollet Mall
Minneapolis, MN 55402
*pro sei*

            /s/ Andy Nelms
            Of Counsel