IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATONA HARGRAVE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv909-WHA |
| CITIBANK, et al., | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Notice of Settlement and Dismissal with Prejudice of Defendant US Bancorp (Doc. #23), filed on December 18, 2008, and for good cause shown, it is hereby

ORDERED that the Defendant US Bancorp is DISMISSED from this case with prejudice. The case shall proceed against all remaining Defendants.

DONE this 22nd day of December, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE