IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATONA HARGRAVE, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO. 2:08-CV-909-WHA<br>) |
| CITIBANK, a foreign company, US BANCORP, a foreign company, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS INC., a foreign corporation, and TRANS UNION, LLC, a foreign limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Citibank (South Dakota), N.A., improperly identified as CITIBANK, a foreign company, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following Corporate Disclosure Statement identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of its stock:

The following entities are disclosed:

1. Citigroup, Inc.

{B0944508}

Respectfully submitted

s/W. Drake Blackmon
Rik S. Tozzi
ASB-7144-Z48R
W. Drake Blackmon
ASB-1566-W86B
OF COUNSEL:
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
rtozzi@starneslaw.com
dblackmon@starneslaw.com

Attorneys for Defendant Citibank (South Dakota), N.A., improperly designated as "Citibank, a foreign company"

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama  36066

L. Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

{B0944508}

Kary B. Wolfe
Walston, Wells & Birchall LLP
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35283

Kirkland E. Reid
Jones Walker, LLC
254 State Street
Mobile, Alabama 36603

                                                      s/W. Drake Blackmon
                                                      Rik S. Tozzi
                                                      ASB-7144-Z48R
                                                      W. Drake Blackmon
                                                      ASB-1566-W86B
                                                      Starnes & Atchison LLP
                                                      100 Brookwood Place, 7th Floor
                                                      P.O. Box  598512
                                                      Birmingham, Alabama  35259-8512
                                                      (205)  868-6088
                                                      (205)  868-6099 (facsimile)
                                                      rst@starneslaw.com
                                                      dblackmon@starneslaw.com

{B0944508}