IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATONA HARGRAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv909-WHA |
| | ) |
| CITIBANK, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Joint Stipulation of Dismissal (Doc. #39) between the Plaintiff and the Defendant, Trans Union, LLC.  Pursuant to the Stipulation, it is hereby

ORDERED that all claims alleged in the Complaint against Trans Union, LLC are DISMISSED with prejudice, and Trans Union, LLC is DISMISSED as a Defendant in this action.

This case will proceed against the Defendants Citibank and Experian Information Solutions, Inc.

DONE this 4th day February, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE